**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1828**

In re:  ANTONIO SHROPSHIRE, a/k/a Brill, a/k/a B, a/k/a Tony,

Petitioner.

On Petition for Writ of Mandamus.
(1:16-cr-00051-CCB-3; 1:21-cv-00202-CCB)

Submitted:  September 9, 2021                    Decided:  September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Antonio Shropshire, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Shropshire petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for an expedited hearing on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Shropshire's motion by ordering a response from the Government. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*